**Brandon RUIZ, Plaintiff—Appellant,**

v.

**Dr. AKINTOLA; Naseer, Defendants—Appellees.**

No. 10–16516.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.[*]

Filed Nov. 2, 2011.

Brandon Ruiz, Ione, CA, pro se.

Oliver Robert Lewis, Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM [**]

California state prisoner Brandon Ruiz appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Ruiz did not raise a genuine dispute of material fact as to whether defendants knew of and disregarded an excessive risk to his health. *See id.* at 1057–58 (a prison official acts with deliberate indifference only if he knows of and disregards an excessive risk to an inmate's health or safety, and a difference of opinion about the best course of medical treatment does not amount to deliberate indifference).

Ruiz's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.